UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          CR 08-343-02 JNE/FLN

       Plaintiff,

   v.                                                      O R D E R

02 - Shemika Antoinette Williams,

       Defendant.

_____

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated January 8, 2009, all the files and

records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence

obtained as a result of an illegal search and seizure [#66] is DENIED.

DATED: February 9, 2009.               s/ Joan N. Ericksen
at Minneapolis, Minnesota              JUDGE JOAN N. ERICKSEN
                                United States District Court